JOHN M. SORICH (CA Bar No. 125223)
jsorich@adorno.com
PATRICK A. CATHCART (CA Bar No. 65413)
pcathcart@adorno.com
SCOTT J. STILMAN (CA Bar No. 120239)
sstilman@adorno.com
T. MATTHEW HANSEN (CA Bar No. 231057)
mhansen@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
633 W. Fifth Street, Suite 1100
Los Angeles, CA 90071
Tel:  (213) 229-2400
Fax:  (213) 229-2499

Attorneys for Defendant
California Reconveyance Company,
Deutsche Bank Nation Trust Company,
Long Beach Mortgage Trust 2006-8, and
JPMorgan Chase Bank, N.A., an Acquirer
of Certain Assets and Liabilities of
Washington Mutual Bank from the FDIC
acting as Receiver

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| GHEORGHE G. BLEDEA,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL HOME LOANS, WASHINGTON MUTUAL BANK, CALIFORNIA RECONVEYANCE COMPANY, DEUTSCHE BANK NATIONAL TRUST COMPANY, JP MORGAN CHASE BANK, N.A., LONG BEACH MORTGAGE LOAN TRUST 2006-8, GLOBAL CAPITAL GROUP, CYRUS AMINI, IHN WON SHIN, JODY SAUNDERS, and DOES 1-20 inclusive,<br><br>　　　　Defendants. | **CASE NO.: CIV. S-09-1490 FCD EFB**<br><br>**JUDGE:**  Hon. Frank C. Damrell, Jr.<br><br>**ORDER RE: STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT**<br><br>**Action Filed:**　　June 1, 2009 |

///

1

**ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

2020780.1

# **ORDER**

GOOD CAUSE APPEARING, IT IS ORDERED THAT:

1. The Stipulation for Extension of Time to Respond to the Complaint in this action is approved; and

2. Defendants California Reconveyance Company, Deutsche Bank Nation Trust Company, Long Beach Mortgage Trust 2006-8, and JPMorgan Chase Bank, N.A., an Acquirer of Certain Assets and Liabilities of Washington Mutual Bank from the FDIC acting as Receiver (collectively, the "Defendants") shall have up to, and including July 7, 2009, to file their Answer to the Complaint of Plaintiff Gheorghe G. Bledea in this action.

IT IS SO ORDERED.

Dated:  June 23, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE