UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

GHEORGHE G. BLEDEA,

        Plaintiff,

    v.

WASHINGTON MUTUAL HOME LOANS, et. al.,

        Defendants.

NO. CIV. S-09-1490 FCD EFB

<u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u>

----oo0oo----

    1.   The hearing on Defendants' Motion to Dismiss (Docket #20) is continued to January 29, 2010, at 10:00 a.m.  Plaintiff shall file and serve its opposition brief or notice of non-opposition no later than January 15, 2010.  The Defendants may file and serve a reply on or before January 22, 2010.

    2.   Plaintiff is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendants' motion in compliance with Local Rule 78-230(c).

///

3.  Plaintiff shall file his response to the order to show cause on or before January 15, 2010.

4.  A hearing on the order to show cause, if necessary, will follow the hearing on the Motion to Dismiss.

IT IS SO ORDERED.

DATED: November 16, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE