UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

GHEORGHE G. BLEDEA,

        Plaintiff,

   v.

WASHINGTON MUTUAL HOME LOANS, et al.,

        Defendants.

NO. CIV. S-09-1490 FCD/EFB

MEMORANDUM AND ORDER

----oo0oo----

    This matter is before the court on defendants California Reconveyance Company, Deutsche Bank Nation Trust Company, Long Beach Mortgage Trust 2006-8, Mortgage Electronic Registration Systems, Inc. and JPMorgan Chase Bank, N.A., for itself and as acquirer of certain assets and liabilities of Washington Mutual Bank's ("moving defendants") motion to dismiss plaintiff Gheorghe G. Bledea's first amended complaint.[1]  Plaintiff filed a non-opposition to the motion, and based thereon, the court HEREBY

---

[1] Because oral argument will not be of material assistance, the court orders this matter submitted on the briefs. E.D. Cal. L.R. 230(g).

1

GRANTS defendants' motion to dismiss in its entirety (Docket #20).[2]  Moving defendants are hereby dismissed from this action.[3]

    IT IS SO ORDERED.

DATED: January 21, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

---

[2] Plaintiff states in her non-opposition that she does not oppose defendants' motion and requests that the court dismiss her "State Causes of Action." Plaintiff's first amended complaint alleges nine causes of action pursuant to state law and one federal claim under the Truth In Lending Act, 15 U.S.C. § 1601 et seq. Defendants' motion addresses all ten of plaintiff's claims. Because plaintiff proffers no substantive opposition to the dismissal of her federal claim for relief, the court construes her statement of non-opposition to the motion as applying to her federal claim as well as her nine state causes of action.

[3] The court notes that plaintiff names other defendants in her first amended complaint. It does not appear that service has been effectuated on these defendants, and they have not joined in the motion or responded to the first amended complaint. The instant order applies only to the moving defendants.