|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |
| 8 |   |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

GHEORGE G. BLEDEA,

        Plaintiff,

   v.

WASHINGTON MUTUAL HOME LOANS, et al.,

        Defendants.

NO. CIV. S-09-1490 FCD EFB

**ORDER TO SHOW CAUSE**

----oo0oo----

Plaintiff filed this action on May 29, 2009. On June 9, 2009, plaintiff filed a return of service executed as to defendants, including Washington Mutual Homes Loans. On January 1, 2010, the Court issued an order granting Defendants JPMorgan Chase Bank, N.A, Mortgage Electronic Registration Systems, Inc., Long Beach Mortgage Loan Trust 2006-8, Deutsche Bank National Trust Company, California Reconveyance Company, and Washington Mutual Bank Motion to Dismiss. On May 25, 2010, plaintiff filed a request for entry of default as to Defendant Washington Mutual Homes Loans, and default was entered in accordance with F.R.C.P

55(a) on April 7, 2010.

As of February 8, 2011 no further action has been taken by plaintiff for final resolution of this action. Accordingly, the court makes the following orders:

1. Plaintiff's counsel is ordered to show cause why plaintiff's case should not be dismissed for failure to prosecute.

2. Plaintiff's counsel shall file a response to the order to show cause on or before February 25, 2011.

3. A hearing on this order to show cause is set for Friday, March 11, 2011 at 10:00 a.m.

IT IS SO ORDERED.

DATED: February 8, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE