1

2

3

4

5

6

7

8

9                       UNITED STATES DISTRICT COURT

10                     EASTERN DISTRICT OF CALIFORNIA

11

                             ----oo0oo----

12

GHEORGE G. BLEDEA,

13                                     NO. CIV. S-09-1490 FCD EFB

            Plaintiff,

14                                     ORDER FOR DISMISSAL

      v.

15

WASHINGTON MUTUAL HOME LOANS,

16 et al.,

17          Defendants.

18                           ----oo0oo----

19      On February 2, 2011, plaintiff's counsel, Michael J.M.

20 Brook, was ordered to show cause why the above matter should not

21 be dismissed for failure to prosecute.  The court ordered counsel

22 to file a response to the Order to Show Cause on or before

23 February 25, 2011, and appear at a hearing set for March 11, 2011

24 at 10:00 a.m.  Mr. Brook has failed to file a response to the

25 order to show cause.

26      Accordingly, plaintiff's case is dismissed for failure to

27 prosecute, Fed. R. Civ. P. 41(b), and for failure to respond to

28 the court's order, Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61

1  (9th Cir. 1992).  With respect to dismissal for failure to follow

2  court orders, the court has reviewed the five factors set forth

3  in <u>Ferdik</u> and finds that each warrants dismissal of Plaintiff's

4  case.

5       IT IS SO ORDERED.

6  DATED: February 28, 2011

7                    FRANK C. DAMRELL, JR.

8                    UNITED STATES DISTRICT JUDGE

2